IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| Estate of Elmer Matthews, et al. | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No.: Y-98-1502 |
| | ) | |
| Ernest David Corbitt, et al. | ) | |
| Defendant | ) | |

## STIPULATION OF DISMISSAL

Please enter the above-entitled matter as Dismissed with Prejudice as to all Defendants.

_____
Harold P. Dwin, Esquire
201 Milford Mills Road
Baltimore, Maryland 21208
*Attorney for Plaintiff*

_____
Joel M. Savits, Esquire
1100 Connecticut Avenue, N.W.
Suite 600
Washington, D.C. 20036
*Attorney for Ernest David Corbitt,
M.T. Contracting, Inc, and Wrecking
Corporation of America*

____FILED  ____ENTERED
____LODGED ____RECEIVED

MAY 15 2000
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

